ALLSTATE INSURANCE COMPANY v. BOROUGH OF
NEW JERSEY PROVIDENCE.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST GREEN.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID L. GREEN.

May 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID CHRAPPA.

May 2, 1983.

Petition for certification denied.